

March 20, 2018

<u>Via E-File</u>
The Honorable Leonard P. Stark
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

    Re:    *Wi-LAN Inc. v. VIZIO, Inc.*, C.A. No. 15-cv-788-LPS

Dear Chief Judge Stark:

The parties in the above-referenced matter respectfully write to request the scheduling of a discovery teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on January 10, 2018:

**For Plaintiff Wi-LAN Inc.:**
Delaware Counsel:    Michael Farnan, FARNAN LLP
Lead Counsel:    Pat Conroy and James Perkins, BRAGALONE CONROY PC

**For Defendant VIZIO, Inc.:**
Delaware Counsel:    Pilar Kraman, YOUNG CONAWAY STARGATT & TAYLOR, LLP
Lead Counsel:    Rex Hwang, GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

The disputes requiring judicial attention concern are as follows:

(1) Motion to compel documents – Wi-LAN seeks an order compelling production of unredacted agreements between VIZIO and third party Hulu. Hulu objects to the production of unredacted versions of certain agreements between itself and VIZIO, and respectfully requests permission to intervene in this dispute and submit a letter brief to the Court in support of its opposition. Hulu also respectfully requests permission to intervene without the need to retain separate local counsel.

(2) Motion to compel interrogatory responses – Wi-LAN seeks an order compelling VIZIO to supplement interrogatory responses over VIZIO's objections that Wi-LAN's interrogatories exceed the numerical limit of individual interrogatories set forth in this case.

                      Respectfully submitted,

                      */s/ Brian E. Farnan*

                      Brian E. Farnan

cc: Counsel of Record (via E-File)