# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 fax

Stephen J. Kraftschik
(302) 351 9378
(302) 498 6233 fax
skraftschik@mnat.com

June 1, 2018

The Honorable Leonard P. Stark                                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street, Unit 28
Wilmington, DE  19801

      Re:    *Wi-Lan Inc. v. Sharp Electronics Corporation,* C.A. No. 15-379 (LPS) (CJB)
              *Wi-Lan Inc. v. Vizio, Inc.,* C.A. No. 15-788 (LPS) (CJB)

Dear Chief Judge Stark:

        The parties in the above-referenced matter respectfully write to request the scheduling of a discovery teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on May 29, 2018:

        <u>For Plaintiff Wi-LAN Inc.</u>:
        Delaware Counsel:    Rosemary Piergiovanni, Farnan LLP
        Lead Counsel:           Patrick Conroy, Bragalone Conroy PC

        <u>For Defendant Sharp Electronics Corporation</u>:
        Delaware Counsel:    Stephen Kraftschik, Morris, Nichols Arsht & Tunnell LLP
        Lead Counsel:           Joel Merkin, Kirkland & Ellis LLP

        <u>For Defendant VIZIO, Inc.</u>:
        Delaware Counsel:    Pilar Kraman, Young Conaway Stargatt & Taylor, LLP
        Lead Counsel:           Rex Hwang, Glaser Weil Fink Howard Avchen & Shapiro LLP

        The disputes requiring judicial attention concern, for the Plaintiff: (1) Defendant's failure to comply with this Court's Order related to production of materials relevant to SEC and Hicense; (2) Defendants' failure to produce relevant documents in this case related to requests for production; (3) Defendants' failure to properly supplement discovery in this case pursuant to the Federal Rules and applicable case law; (4) Defendants' failure to provide witnesses related to

The Honorable Leonard P. Stark
June 1, 2018
Page 2

Federal Rule of Civil Procedure 30(b)(6); (5) Defendants' failure to provide communications and documents related to third parties such as Mediatek and SoC manufacturers; and (6) Defendant's failure to comply with applicable rules and case law related to disclosure and production of witnesses in discovery.

The disputes requiring judicial attention concern, for the Defendants: (1) Defendants' renewal of their Motion to Compel depositions of Wi-LAN employees; (2) Defendants' Motion to Compel 30(b)(6) depositions of Wi-LAN; (3) Violation of Delaware Local Rule 30.6 during inventor depositions; (4) Defendants' Motion to Compel production of documents; and (5) Wi-LAN's withholding of third-party declarations.

Respectfully,

*/s/ Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)

SJK:ncf

cc:   Clerk of Court (via hand delivery)
      All Counsel of Record (via electronic mail)