IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WI-LAN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-379 (LPS) |
| | ) | |
| SHARP ELECTRONICS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| WI-LAN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-788 (LPS) |
| | ) | |
| VIZIO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANTS' MOTION TO AMEND CASE SCHEDULE

Pursuant to the Court's procedures (*see* C.A. No. 15-379, D.I. 24 at ¶ 9) and the Court's authorization during the discovery dispute teleconference held on June 15, 2018, Defendants Sharp Electronics Corporation ("SEC") and VIZIO, Inc. ("VIZIO") (collectively, "Defendants") hereby move to amend the case schedule. The grounds for this motion, as well as the specific amendments sought, are set forth in Defendants' opening letter brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*

Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com
*Attorneys for Sharp Electronics Corporation*

June 22, 2018

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*

Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
*Attorneys for VIZIO, Inc.*

## 7.1.1 CERTIFICATION

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff at the June 15, 2018 discovery teleconference and that Plaintiff stated that it did not agree to any adjustment to the case schedule.

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)

*/s/ Pilar G. Kraman*
_____
Pilar G. Kraman (#5199)

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 22, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 22, 2018, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                          *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Monte M. Bond, Esquire                                          *VIA ELECTRONIC MAIL*
Jeffrey R. Bragalone, Esquire
Patrick J. Conroy, Esquire
Terry Saad, Esquire
Nicholas C. Kliewer, Esquire
James R. Perkins, Esquire
Brian P. Herrmann, Esquire
BRAGALONE CONROY P.C.
Chase Tower, Suite 4500W
2200 Ross Avenue
Dallas, TX  75201
*Attorneys for Plaintiff*


*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)