IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WI-LAN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-379 (LPS) |
| | ) | |
| SHARP ELECTRONICS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| WI-LAN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-788 (LPS) |
| | ) | |
| VIZIO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE**

WHEREAS, the Court ordered the parties to submit a proposed amended scheduling order (C.A. No. 15-379, D.I. 344 and C.A. No. 15-788, D.I. 264);

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Scheduling Order is amended as follows:

| Event | Previous Deadline (D.I. 206) | New Deadline |
|---|---|---|
| Deadline to Produce Documents Ordered by the Court during the 6/15/2018 Discovery Hearing and in C.A. No. 15-379, D.I. 344 | N/A | 7/27/2018 |
| Deadline to Produce Witnesses Ordered by the Court during the 6/15/2018 Discovery Hearing and in C.A. No. 15-379, D.I. 344 | N/A | 8/10/2018 |

| Event | Previous Deadline (D.I. 206) | New Deadline |
|---|---|---|
| Supplemental Initial Expert Reports Due[1] | N/A | 8/17/2018 |
| Rebuttal Expert Reports Due | 7/16/2018 | 8/31/2018 |
| Reply Expert Reports Due | 7/30/2018 | 9/14/2018 |
| Close of Expert Discovery | 8/21/2018 | 10/05/2018 |
| Dispositive Motions / Daubert Opening Briefs | 9/4/2018 | 10/19/2018 |
| Dispositive Motions / Daubert Answering Briefs | 9/21/2018 | 11/09/2018 |
| Dispositive Motions / Daubert Reply Briefs | 10/5/2018 | 11/30/2018 |
| Hearing on Dispositive Motions / Dauberts | 10/26/2018 at 9:00 a.m. | 12/19/2018 at 4:00 |
| Rule 16 / Trial Sequencing Conference | 10/26/2018 at 9:00 a.m. | 2/8/2019 at 1:30 |
| First Pretrial Conference | 12/7/2018 at 9:00 a.m. | 4/5/2019 at 9:00 |
| First Jury Trial (5 days) | 12/17/2018 | 4/22/2019 |

FARNAN LLP

/s/ *Brian E. Farnan*

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Stephen J. Kraftschik*

Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com

*Attorneys for Sharp Electronics Corporation*

---

[1] Limited to (i) discovery produced by Defendants after June 15, 2018, and (ii) additional discovery ordered by the Court during the June 15, 2018 Discovery Hearing and in C.A. No. 15-379, D.I. 344.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*

Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com

*Attorneys for VIZIO, Inc.*

IT IS SO ORDERED, this 27th day of July, 2018.

_____
Chief, United States District Judge

3