IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WI-LAN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-379 (LPS) |
| | ) |
| SHARP ELECTRONICS CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| WI-LAN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-788 (LPS) |
| | ) |
| VIZIO, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,490,250, OR IN THE ALTERNATIVE, TO DISMISS WI-LAN'S INFRINGEMENT CLAIM**

Defendants Sharp Electronics Corporation ("SEC") and VIZIO, Inc. ("VIZIO") (collectively, "Defendants") hereby move for summary judgment of non-infringement of U.S. Patent No. 6,490,250 ("the '250 patent") pursuant to Fed. R. Civ. P. 56. In the alternative, Defendants move to dismiss with prejudice Plaintiff's claims for infringement of the '250 Patent pursuant to Fed. R. Civ. P. 41(b). The grounds for this motion are set forth in Defendants' opening brief submitted herewith. Defendants request entry of the proposed order filed herewith.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Stephen J. Kraftschik* <br> Jack B. Blumenfeld (#1014) <br> Stephen J. Kraftschik (#5623) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> skraftschik@mnat.com <br><br> *Attorneys for Sharp Electronics Corporation* | */s/ Pilar G. Kraman* <br> Pilar G. Kraman (#5199) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 576-3586 <br> pkraman@ycst.com <br><br> *Attorneys for VIZIO, Inc.* |

March 22, 2019