IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WI-LAN INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHARP ELECTRONICS CORPORATION, ) <br> ) <br> Defendant. ) | C.A. No. 15-379 (LPS) |
| WI-LAN INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VIZIO, INC., ) <br> ) <br> Defendant. ) | C.A. No. 15-788 (LPS) |

**DEFENDANTS' RENEWED MOTION TO DECLARE CASE EXCEPTIONAL PURSUANT TO 35 U.S.C. § 285 AND AWARD ATTORNEYS' FEES AND COSTS**

On September 26, 2019, Defendants Sharp Electronics Corporation and VIZIO, Inc. timely filed a motion to declare this case exceptional and for attorneys' fees and costs. C.A. No. 15-379, D.I. 518-522; C.A. No. 15-788, D.I. 445-449. Wi-LAN moved to defer briefing on Defendants' exceptional case motion pending appeal. C.A. No. 15-379, D.I. 530-531. On October 23, 2019, the Court granted Wi-LAN's motion to defer briefing and issued an order stating that "Defendants' motion to declare this case exceptional and for attorneys' fees (C.A. No. 15-379 D.I. 518; C.A. No. 15-788 D.I. 445) is DENIED WITHOUT PREJUDICE to renew following issuance of the Federal Circuit's mandate resolving Plaintiff's pending appeal." C.A. No. 15-379, D.I. 535. The Federal Circuit affirmed the judgment in full on appeal and issued its mandate on July 23, 2021. C.A. No. 15-379, D.I. 540-541; C.A. No. 15-788, D.I. 465-466.

Pursuant to 35 U.S.C. § 285 and this Court's prior order, Defendants Sharp Electronics Corporation and VIZIO, Inc. hereby renew their motion as the prevailing parties in these cases for an award of attorney fees and costs, and a determination that these are "exceptional" cases. The grounds for this motion are set forth in Defendants' opening brief submitted herewith.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| /s/ *Jack B. Blumenfeld* | /s/ *Pilar G. Kraman* |
| Jack B. Blumenfeld (#1014) <br> Anthony D. Raucci (#5948) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> araucci@morrisnichols.com | Pilar G. Kraman (#5199) <br> Beth A. Swadley (#6331) <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> pkraman@ycst.com <br> bswadley@ycst.com |
| *Attorneys for Sharp Electronics Corporation* | *Attorneys for VIZIO, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Gianni Cutri <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, IL 60654 <br> (312) 862-2000 | Stanley M. Gibson <br> Jessica Newman <br> JEFFER MANGELS BUTLER & MITCHELL LLP <br> 1900 Avenue of the Stars, 7th Floor <br> Los Angeles, CA 90067 <br> (310) 203-8080 |
| Michael W. De Vries <br> KIRKLAND & ELLIS LLP <br> 333 South Hope Street <br> Los Angeles, CA 90071 <br> (213) 680-8400 | |
| Adam R. Alper <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, CA 94104 <br> (415) 439-1400 | |

August 5, 2021

## **7.1.1 CERTIFICATION**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the Plaintiff and that we have not been able to reach agreement.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
*Attorneys for Sharp Electronics Corporation*

*/s/ Pilar G. Kraman*

Pilar G. Kraman (#5199)
*Attorneys for VIZIO, Inc.*

**CERTIFICATE OF SERVICE**

I, Pilar G. Kraman, Esquire, hereby certify that on August 5, 2021, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Brian E. Farnan
>Michael J. Farnan
>FARNAN LLP
>919 N. Market Street, 12th Floor
>Wilmington, DE 19801
>*bfarnan@farnanlaw.com*
>*mfarnan@farnanlaw.com*
>
>*Attorneys for Plaintiff*

I further certify that on August 5, 2021, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

>Jeffrey R. Bragalone
>Daniel F. Olejko
>Terry A. Saad
>Stephanie R. Wood
>BRAGALONE OLEJKO SAAD PC
>Chase Tower
>2200 Ross Avenue, Suite 4500W
>Dallas Texas 75201-7924
>*jbragalone@bosfirm.com*
>*dolejko@bosfirm.com*
>*tsaad@bosfirm.com*
>*swood@bosfirm.com*

>YOUNG CONAWAY STARGATT
>& TAYLOR, LLP
>
> /s/ *Pilar G. Kraman*
>Pilar G. Kraman (No. 5199)
>Beth A. Swadley (No. 6331)
>Rodney Square
>1000 N. King Street
>Wilmington, DE 19801

(302) 571-6600
*pkraman@ycst.com*
*bswadley@ycst.com*

Dated: August 5, 2021               *Attorneys for Defendant VIZIO, Inc.*